# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JIMMY P. TURNER**                                                                     **PLAINTIFF**

**v.**                          **CASE NO. 5:19-CV-00059 BSM**

**TAYLOR**                                                                         **DEFENDANT**

## ORDER

United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 4] is adopted and plaintiff Jimmy P. Turner's complaint [Doc. No. 2] is dismissed without prejudice.

This dismissal constitutes a strike for purposes of 28 U.S.C. section 1915(g) and, pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 7th day of March 2019.

                                                                               _____
                                                                        UNITED STATES DISTRICT JUDGE